UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

D-1, ROBIN ANDERSON,

    Defendant(s).
_____/

CASE NO. 06-20049

HONORABLE AVERN COHN

**ORDER DENYING MOTION FOR A SENTENCING REDUCTION
PURSUANT TO TITLE 18 U.S.C §3582 (C)(2)**

On April 10, 2008 defendant was sentenced to a custody term of 100 months for Possession with Intent to Distribute Cocaine Base 21 U.S.C. §841(a)(1). The guideline offense level was determined under the Career Offender provision. Defendant has filed a motion for a sentencing reduction under USSG §1B1.10. In light of being sentenced as a Career Offender defendant is not entitled to relief under USSG §1B1.10. Accordingly the motion for sentencing reduction is DENIED.

SO ORDERED.

Dated: December 14, 2011

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Robin Anderson, Register No. 39760-039, Metropolitan Detention Center, P.O. Box 392002, Brooklyn, NY 11232 and counsel of record on this date, December 14, 2011, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5160